UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 08-1525

CHRISTOPHER TORRETTI; HONEY TORRETTI,
as parents & natural guardians of Christopher J. Torretti,
a minor, and in their own right,

Appellants

v.

MAIN LINE HOSPITALS, INC., d/b/a PAOLI MEMORIAL HOSPITAL;
ANDREW GERSON, M.D.;
MAIN LINE PERINATAL ASSOCIATES;
MARK FINNEGAN, M.D.;
PATRICIA MCCONNELL, M.D.;
MCCONNELL, PEDEN, BELDEN & ASSOCIATES;
LANKENAU HOSPITAL

Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil Action No. 06-cv-03003)
District Judge: Honorable Juan R. Sanchez

Argued January 28, 2009

Before: SCIRICA, Chief Judge, AMBRO, and SMITH, Circuit Judges

## JUDGMENT

This cause came on to be heard on the record before the United States District Court for the Eastern District of Pennsylvania and was argued on January 28, 2009.

On consideration whereof, IT IS ORDERED AND ADJUDGED by this Court that

the judgment of the District Court entered January 29, 2008, be, and the same is affirmed. Costs taxed against Appellants. All of the above in accordance with the opinion of this Court.

ATTEST:

/s/Marcia M. Waldron,
Clerk

Dated: September 2, 2009

Certified as a true copy and issued in lieu of a formal mandate on 09/25/09

Teste: *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**